No. 04–6738. PARTIN v. ROBINSON, TRANSFER CASE WORKER, ET AL. C. A. 8th Cir. Certiorari denied.

No. 04–6743. STONEMAN v. SCHRIRO, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 04–6749. STINSON v. KYLER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON. C. A. 3d Cir. Certiorari denied.

No. 04–6750. SHABAZZ v. MATESANZ. C. A. 1st Cir. Certiorari denied.

No. 04–6761. MOORE v. FORTNER, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–6762. MCCOOL v. PAPPERT, ATTORNEY GENERAL OF PENNSYLVANIA, ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–6763. BRYANT v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–6764. BELCHER v. KEMNA, SUPERINTENDENT, CROSSROADS CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 04–6771. WALTER v. SOBINA, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT SOMERSET, ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–6775. BENSON v. HOME DEPOT U. S. A., INC. C. A. 5th Cir. Certiorari denied.

No. 04–6780. LUMUMBA v. PATRICK, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HOUTZDALE, ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–6795. HARRIS v. FLORIDA; and
No. 04–6796. GENTES v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 04–6821. COCKRELL v. WOODFORD, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.